<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7589**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAVID DAVAGE,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, District Judge. (CR-94-41-JFM)

───────────────

Submitted: January 11, 2001          Decided: January 19, 2001

───────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Gerald David Davage, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald David Davage appeals the district court's order denying his motions to recuse and to reopen a prior action. We have reviewed the record and the district court's order and find no abuse of discretion in the district court's denial of the motion to recuse. United States v. Gordon, 61 F.3d 263, 267-68 (4th Cir. 1995) (providing standard). Nor do we find any error in the district court's denial of Davage's motion to reopen. Accordingly, we deny Davage's motion for a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2